# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MCKINNEY, | |
|            Plaintiff, | Case No. 2:12-cv-00401-KJD-GWF |
| vs. | **ORDER RE: INMATE MEDIATION CONFERENCE** |
| ROMEO ARANAS, *et al.*, | |
|            Defendants. | |

      Professor James Greiner is conducting a statistical study of the inmate mediation program on behalf of the District Court and has been authorized by the Court to attend the mediation in this case solely as an observer. Professor Greiner is bound by the confidentiality provisions of the immediate mediation program and he will not discuss or disclose any confidential matters he observes during the mediation to any persons, including but not limited to the parties, the mediator, or the Court or court staff.

      DATED this 30th day of January, 2013.

                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge